AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

EDWARD T. LARISH,

           Plaintiff,

           v.

UNITED STATES OF AMERICA,
et. al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5015-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant United States of America's Motion to Dismiss and Motion for Summary Judgment is Granted. Judgment is entered in favor of the Defendant United States of America on all claims of the Plaintiff Edward T. Larish.

| | |
|---|---|
| May 4, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |